*Tuesday, October 17, 1995*

## MERIT DOCKET

**95–1986.** N. Royalton Residents Involvement Commt. v. N. Royalton. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of the motion of the city of North Royalton to dismiss and/or for summary judgment and the answer of the Cuyahoga County Board of Elections,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, effective October 11, 1995.

MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, J., votes to dismiss, but only on laches.

## MISCELLANEOUS DISMISSALS

**95–1896.** State ex rel. Orr v. Trimble. *Franklin County,* No. 94APD06–928. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective October 12, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–1957.** State v. Knisely. *Huron County,* No. H–94–044. This cause is pending before the court as a discretionary appeal and cross-appeal and as a claimed appeal of right. Upon consideration of appellee/cross-appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, and the cross-appeal is dismissed, effective October 12, 1995.

The appeal of appellant, G. Gary Knisely, remains pending.